In the Matter of the Claim of LIBBIE MILLER, Respondent, against PIERSON & WILLIAMS et al., Appellants. STATE INDUSTRIAL BOARD, Respondent.

(Argued February 11, 1930; decided March 18, 1930.)

*Jeremiah F. Connor* and *William E. Lowther* for appellants.

*Hamilton Ward*, Attorney-General (*E. C. Aiken* of counsel), for State Industrial Board, respondent.

*H. C. Stratton* and *V. D. Stratton* for administratrix of claimant, respondent.

Order affirmed, with costs. First question certified answered in the affirmative. Second question not answered; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.